STATE of Missouri, Respondent,

v.

Gregory HILLIARD, Appellant.

No. ED 98698.

Missouri Court of Appeals, Eastern District, Division Two.

Sept. 24, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 5, 2013.

Application for Transfer Denied Dec. 24, 2013.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Chris A. Koster, Attorney General, Timothy A. Blackwell, Asst. Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J. and ROBERT G. DOWD, Jr. and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Gregory Hilliard ("Defendant") appeals from the judgment upon his conviction by a jury of one count of first-degree statutory rape, Section 566.032, RSMo Cum.Supp. 2006.[1] Defendant argues the trial court erred: (1) in sustaining the State's objection to the admission of Defendant's Exhibit A; and (2) in overruling defense counsel's objection to investigator Karen

Cum.Supp.2006.

Crocker's testimony about the means through which trichomonas vaginalis is transmitted.

We have reviewed the briefs of the parties and the record on appeal and find the trial court did not err plainly err or abuse its discretion. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).